1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD E. WALTON,

11          Plaintiff,                    No. CIV S-09-1246 GEB KJM P

12      vs.

13   S. HIXSON, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff has filed a motion for an order directing prison officials to release his

17   legal materials to him so he may oppose defendants' motion to dismiss.  On May 13, 2010,

18   plaintiff filed his 413 page opposition to the motion.  It appears he has been given his legal

19   property.

20          IT IS THEREFORE ORDERED that plaintiff's motion for the return of his legal

21   property (docket no. 21) is denied as moot.

22   DATED:  June 3, 2010.

23   _____

24                    U.S. MAGISTRATE JUDGE

25

26   2
     walt1246.ord

1